■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY YOUNG, Appellant. [665 NYS2d 557] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 9, 1992 (*People v Young,* 187 AD2d 548), affirming a judgment of the Supreme Court, Kings County, rendered December 4, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Thompson, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD A. CANTON, on Behalf of CARLOS RUIZ, Petitioner, v JOSEPH JABLONSKI, Respondent. [665 NYS2d 550] —Habeas corpus proceeding in the nature of an application for bail reduction upon Nassau County Indictment No. 99051/97.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The determination of the County Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Copertino, J. P., Sullivan, Pizzuto and Lerner, JJ., concur.